

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00190-CV

Oscar A. **MIRANDA**,
Appellant

v.

Karen **PENA**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2024CV01721
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
               Irene Rios Justice
               Beth Watkins, Justice

Delivered and Filed: July 17, 2024

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due on May 31, 2024, and it was not filed. We therefore ordered appellant to file, by June 21, 2024, his brief and a written response reasonably explaining his failure to timely file a brief. In our order, we cautioned appellant if he failed to timely file a brief and written response, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also id.* R. 42.3(c). Appellant did not respond to our order. Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also id.* R. 42.3(c).

PER CURIAM